UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LAURA KATHERINE McBEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-561 |
| | ) | (VARLAN/GUYTON) |
| TENNESSEE VALLEY AUTHORITY; | ) | |
| BOARD OF DIRECTORS OF THE | ) | |
| TENNESSEE VALLEY AUTHORITY | ) | |
| BILL BAXTER, Chairman, and | ) | |
| SKILA HARRIS, Director, | ) | |
| In their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the Order [Doc. 33] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Plaintiff's Motion to Compel [Doc. 30]. The undersigned heard oral argument on these motions on December 19, 2006.

The Court, based upon the entire record in this matter, finds Plaintiff's Motion [Doc. 30] to be well-taken. Accordingly, Plaintiff's Motion to Compel [Doc. 30] is **GRANTED**. Thus, Kathryn Hodges is ordered to answer the questions set out by Plaintiff's counsel at the deposition

on December 4, 2006. The parties are ordered to promptly proceed in accordance with this Order and complete the discovery which was the subject of Plaintiff's Motion [Doc. 30].

**IT IS SO ORDERED.**

        **ENTER:**

          s/ H. Bruce Guyton
         United States Magistrate Judge